Thomas Magrames, appellant, v. Moraw Construction Company, appellee. Gen. No. 34,601.

Opinion filed March 24, 1931.

Earl V. Cates and Arthur Abraham, for appellants. Tannenbaum, Polikoff & Schmidt, for appellee.

Mr. Justice Kerner delivered the opinion of the court.

Edward T. Speakman, appellee, v. Dillwyn M. Bell, appellant. Gen. No. 34,610.

Opinion filed March 24, 1931.

Loucks, Eckert & Peterson, for appellant. Barthell & Rundall, for appellee.

Mr. Justice Kerner delivered the opinion of the court.

Lino Bros., Inc., appellee, v. P. J. Corrigan, appellant. Gen. No. 34,661.

Opinion filed March 24, 1931. Rehearing denied April 6, 1931.

Elmer D. Brothers and Jesse B. Luse, for appellant; William A. Adams and Lester C. Childs, of counsel. Church, Traxler & Kennedy, for appellee; M. B. Kennedy and Len Young Smith, of counsel.

Mr. Justice Kerner delivered the opinion of the court.

Mary Laskowski, appellant, v. Josef Laskowski, appellee. Gen. No. 34,679.

Opinion filed March 24, 1931.

Erwin E. Cowen, for appellant; Edward McTiernan, of counsel. Otto Schusterman, for appellee.

Mr. Justice Kerner delivered the opinion of the court.

Elsie L. Nystrom, appellant, v. Albert H. Nystrom, appellee. Gen. No. 34,691.

Opinion filed March 24, 1931.

Leslie H. Whipp, for appellant. David J. Bentall, for appellee.

Mr. Justice Kerner delivered the opinion of the court.